**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LESLIE WEST,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**CORECIVIC, INC.** *formerly known as CORRECTIONS CORPORATION OF AMERICA*,<br><br>  **Defendant.** | Case No. 18-2387-CM-KGG |

## **MEMORANDUM & ORDER**

This matter comes before the court upon defendant CoreCivic, Inc.'s Motion to Dismiss For Failure to State a Claim (Doc. 6).

On November 1, 2018, plaintiff Leslie West filed a Motion for Leave to Amend the Complaint (Doc. 18) and her Response opposing defendant's Motion to Dismiss (Doc. 17). Plaintiff's Response cites the proposed amended complaint in responding to several of defendant's arguments for dismissal. It appears that defendant's motion should be denied without prejudice. If the motion for leave to amend is denied or defendant finds that the issues in its motion are not addressed by plaintiff's amended pleading, defendant may file a renewed motion.

**IT IS THEREFORE ORDERED** that defendant's Motion to Dismiss For Failure to State a Claim (Doc. 6) is denied without prejudice.

Dated November 2, 2018, at Kansas City, Kansas.

  s/ Carlos Murguia
  **CARLOS MURGUIA
  United States District Judge**